Filed 4/29/15  P. v. Sanchez CA2/1

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION ONE

| | |
|---|---|
| THE PEOPLE, | B257669 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. MA060422) |
| v. | |
| RAFAEL SANCHEZ, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County.  John Murphy, Commissioner.  Affirmed.

D. Inder Comar, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

_____

In December of 2013 Rafael Sanchez entered a negotiated plea of no contest to inflicting corporal injury to a spouse or cohabitant and admitted two prior prison term allegations pursuant to Penal Code section 667.5, subdivision (b). In conformity with the plea agreement, the trial court imposed a six-year sentence, suspended its execution, and placed defendant on probation subject to numerous conditions, including reporting to his probation officer, obeying all orders of his probation officer, and enrolling in a domestic violence course.

In March of 2014, defendant's probation was summarily revoked. At the ensuing contested violation hearing, defendant's former wife testified defendant appeared on her porch and rang the doorbell at her house on February 12, 2014, in violation of a restraining order. Defendant's probation officer testified defendant had not reported to probation for three months, had not enrolled in a domestic violence course, and had not enrolled in a mental health program as directed by probation. The trial court terminated defendant's probation in this case and a second case, and ordered execution of the sentence previously imposed in this case.

Defendant filed a timely appeal. We appointed counsel to represent defendant on appeal. After examination of the record, counsel filed an opening brief raising no issues and asking this court to independently review the record. On February 20, 2015, we advised defendant he had 30 days within which to personally submit any contentions or issues he wished us to consider. To date, we have received no response.

We have examined the entire record and are satisfied that defendant's attorney has fully complied with his responsibilities and that no arguable issues exist. (*People v. Kelly* (2006) 40 Cal.4th 106, 109–110; *People v. Wende* (1979) 25 Cal.3d 436, 441.)

## DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED

                                                    BENDIX, J.*

We concur:


CHANEY, Acting P. J.


JOHNSON, J.

---

\* Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.